UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

CHRISTOPHER LEE EDWARDS, )
)
    Plaintiff, )
)
v. )   Case No. CV406-137
)
SHERIFF AL ST. LAWRENCE, )
PRISON HEALTH SERVICES, and )
MRS. POOLE, )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _27_ day of _Nov_, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA